**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| BIG WILL ENTERPRISES INC., | |
| Plaintiff, | |
| v. | Civil Action File No.: 1:25-cv-1650 |
| MITSUBISHI CORPORATION (AMERICAS), | **JURY TRIAL DEMANDED** |
| and | |
| MITSUBISHI MOTORS NORTH AMERICA, INC., | |
| Defendants. | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Big Will Enterprises Inc. ("BWE" or "Plaintiff") in British Columbia, by and through their undersigned attorneys, files this original Complaint against Mitsubishi Corporation (Americas) and Mitsubishi Motors North America, Inc. ("Mitsubishi" or "Defendants") and alleges, based on its own knowledge with respect to itself and its own actions and based on information and belief as to all other matters, as follows:

### INTRODUCTION

**1.**

This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code to enjoin infringement and obtain damages from Defendant's unauthorized manufacture, use, sale, offer to sell, and/or importation into the United States for the subsequent use or sale of products or methods that infringe one or more claims of United States

Patents:  10,521,846 ("the '846 Patent"); 9,049,558 ("the '558 Patent"); 8,737,951 ("the '951 Patent"); 8,559,914 ("the '914 Patent"); and 8,452,273 ("the '273 Patent").  Copies of the '846 Patent, the '558 Patent, the '951 Patent, the '914 Patent and the '273 Patent are attached as Exhibits 1-5.

**2.**

BWE is an innovative company in the field of sensor technology for determining human activities for health, safety and other uses.  BWE's sensor-based technologies go beyond determining simple human locations and offer smartphone users (and other communication-based devices) a personal surveillance system based on their activities.  The technologies monitor sensors such as the accelerometer, the gyroscope and others for uniquely identifying human activities; the motion activities can include, for example, but not limited to, standing/stationary, walking, running, driving, skiing, sleeping, snoring, hiking, skateboarding, sky diving, bicycling, unicycling, golfing, falling down, swimming, riding a ski lift, a motor vehicle, a motorcycle, an airplane, a train, or a water vessel, accelerating or decelerating in a motor vehicle, motorcycle, train, airplane, or water vessel, vibrating, propagating through a medium, rotating, riding in a wheelchair, and other human movements, where capturing data and/or providing feedback is desired.  BWE has created proprietary technologies in this field of technology since at least 2007 for, among other benefits, the increased health, safety, and wellbeing of its users.  BWE's patented technology was developed for use on a wide variety of devices, including smartphones, smartwatches, and other communication and sensor-based devices in use on many popular products in the market today.  In addition to licensing, BWE has incorporated its patented technology in its own test platforms for determining human activities, motions within activities, accidents and falls, among others.

**3.**

A primary inventive concept is method by which a particular human movement can be identified, when the sensors, in this case, those in a mobile phone, have no fixed orientation with respect to the human. A smart phone may be in a user's pocket, purse or backpack, for example and in no particular orientation. U.S. 8,452,273 cols. 1-3. Prior to the '273 Patent, there was no effective answer for this problem. BWE's sensor monitoring, processing and communication technology is covered by the claims of the '846, '558, '951, '914, and the '273 Patents asserted in this action, as well as other BWE patents.

## JURISDICTION AND VENUE

**4.**

BWE is a British Columbia company, incorporated in Canada having its principal place of business at 4573 West 1st Avenue, Vancouver, British Columbia V6R 1H7, Canada.

**5.**

Upon information and belief, Defendant Mitsubishi Corporation (Americas) is a corporation organized under the laws of Virginia, having its headquarters at 151 West 42nd Street, New York, New York 10036. Upon information and belief, Defendant Mitsubishi Corporation (Americas) may be served this Complaint by service upon its registered agent Cogency Global Inc. at 1601 Elm Street, Suite 4360, Dallas, Texas 75201.

**6.**

Upon information and belief, Defendant Mitsubishi Motors North America, Inc. is a corporation organized under the laws of California, having its headquarters at 4031 Aspen Grove Drive, Suite 700, Franklin, Tennessee 37067. Upon information and belief, Defendant Mitsubishi Motors North America, Inc. may be served this Complaint by service upon its registered agent C. T. Corporation System at 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

**7.**

This is an action for infringement of a United States patent arising under 35 U.S.C. §§ 271, 281, and 284-285, among others. This Court has subject matter jurisdiction over all causes of action set forth herein pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*

**8.**

Upon information and belief, Defendants are subject to this Court's specific and general personal jurisdiction pursuant to due process and/or the Texas Long Arm Statute, due at least to Defendants' substantial business in this State and judicial district, including: (i) at least a portion of the infringements alleged herein; and/or (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from goods and services provided to individuals in Texas and in this district.

**9.**

Venue is proper in this judicial district and division pursuant to 28 U.S.C. §§1391(b) and (c) and 1400(b) in that, upon information and belief, Defendants operate dealerships located at 910 South Bell Boulevard, Cedar Park, Texas 78613, 5000 East Central Texas Expressway, Killeen, Texas 76543, 16040 Interstate Highway 35 North, Selma, Texas 78154, 4717 West Waco Drive, Waco, Texas 76710, 7007 Northwest Loop 410, San Antonio, Texas 78238, 9800 San Pedro Avenue, San Antonio, Texas 78216, and 10310 Montana Avenue, El Paso, Texas 79925, among others. Defendants routinely do business within this district, Defendants have committed acts of infringement within this district, and Defendants continue to commit acts of infringement within this district.

**10.**

On information and belief, Defendants' products and services are offered for sale and sold to customers residing in this State and District.  Defendants also provide an online presence under the name www.mitsubishicars.com which is available to customers and prospective customers within this State and District.  As a result of Defendants' business activities in this State and District, on information and belief, Defendants have had continuous and systematic contacts with this State and District, including sales to customers residing in this State and District.

**ALLEGATIONS COMMON TO ALL COUNTS**

**11.**

Plaintiff ("BWE") owns all right, title, interest in, and has standing to sue for infringement the following patents:  United States Patent No. 10,521,846, entitled "Targeted advertisement selection for a wireless communication device (WCD)," issued on December 31, 2019; United States Patent No. 9,049,558, entitled "Systems and methods for determining mobile thing motion activity (MTMA) using sensor data of wireless communication device (WCD) and initiating activity-based actions," issued on June 02, 2015; United States Patent No. 8,737,951, entitled "Interactive personal surveillance and security (IPSS) systems and methods," issued on May 27, 2014; United States Patent No. 8,559,914 entitled "Interactive personal surveillance and security (IPSS) systems and methods," issued on October 15, 2013; and United States Patent No. 8,452,273, entitled "Systems and methods for determining mobile thing motion activity (MTMA) using accelerometer of wireless communication device," issued May 28, 2013.

**12.**

BWE is a global leader and innovator in the field of sensor technology for determining human activities for health, safety and other uses.  These proprietary technologies and innovations were being developed since 2007 for the increased health, safety and wellbeing of its users.  BWE

patented technology was developed for use on a wide variety of devices, including smartphones and wearables and are in use on many popular products in the market today. In addition to licensing, BWE has incorporated its patented technology in its own test platforms for determining human activities, motions within activities, accidents and falls, among others.

**13.**

BWE's sensor based technologies go beyond determining human locations by uniquely identifying human activities for automatically monitoring and tracking movements, such as sleep, stationary, walking, running, cycling, falling down, rotating and other human movements where capturing data and/or providing feedback is desired.

**14.**

BWE's sensor monitoring, processing and communication technologies are covered by the claims of the '846 Patent, '558 Patent, the '951 Patent, the '914 Patent and the '273 Patents which are asserted in this action, as well as other BWE patents.

**15.**

Defendants are in the business of designing, manufacturing, and supplying automobiles on a world-wide basis. In particular, Defendants designed, manufactured, and is using and selling a solution—their Telematics Control Unit (TCU)—included as a factory installed system in some Mitsubishi automobile models.

**16.**

The Mitsubishi TCU system uses wireless communication devices (WCDs), to enhance the driver safety, reduce accidents, and decrease insurance claims. These devices, equipped with memory, processors, and co-processors, play a crucial role in evaluating and reporting multiple facets of driving behavior, including fast accelerations, hard braking and aggressive cornering

(steering). By monitoring accelerometer and/or gyroscope data, user behaviors while driving can be analyzed, determined and reported.



www.continental-automotive.com/en/components/connectivity/telematics-controlunit.html.

The Defendants' TCU system provides automatic collision notification.



www.mitsubishi-connect.com/en/SafeguardRemote/Manual/outlander_Quick_US/contents/



news.harman.com/releases/harman-workswith-qualcomm-to-drive-automotive-innovationwith-new-ready-connect-5g-tcu-for-connectedcars



**Automatic Collision Notification**
When a severe vehicle collision is detected, the system automatically activates an emergency call to MITSUBISHI CONNECT Emergency Response center. Once connected, information about your vehicle, its location, and its condition are provided where an Emergency Response Specialist will work with the appropriate Public Safety Answering Point for an emergency response.

## COUNT I

## DIRECT INFRINGEMENT OF THE '846 PATENT

### 17.

Plaintiff incorporates by reference the allegations of Paragraphs 1-16.

### 18.

Defendants have directly infringed and continues to directly infringe at least one or more claims of the '846 Patent, through, among other activities, making, using, and incorporating into

8

Defendants' factory-installed TCU system automatic programs for monitoring human activities while driving.

**19.**

Independent Claim 1 of the '846 Patent, shown in italics, recites:

> *1. A method for use in connection with a wireless communication device (WCD) transported by a mobile thing (MT), the WCD having a computer architecture that has access to a memory, comprising: determining a mobile thing motion activity (MTMA) associated with the MT that is transporting the WCD based at least in part upon sensor data, the sensor data derived from one or more sensors associated with the WCD,*

Mitsubishi's TCU leverages advanced technology to monitor accelerometer and other sensor data, delivering precise insights into driver behavior. The system analyzes acceleration along the $x$, $y$, and $z$ axes using wireless communication devices equipped with tri-axis accelerometers, enabling accurate detection and tracking of vehicle driving states and safety-related motion activities.

> *the one or more sensors measuring physical movement of the WCD in three dimensional space and producing data sets comprising three movement values and a time value, each of the three movement values indicative of physical movement of the WCD relative to a respective axis in a three dimensional (3D) coordinate system at the time value in order to permit statistical analysis of the physical movement;*

Mitsubishi's TCU, in conjunction with smartphone-based devices, monitors accelerometer and gyroscope sensor data to determine driver behaviors. The system captures acceleration data from tri-axis accelerometers and angular velocity data from gyroscopes over defined time intervals using internal smartphone sensors. Each data point is time-stamped or temporally referenced to establish chronological order, enabling statistical analysis of driver behavior patterns and motion dynamics.

> *selecting an advertisement based at least in part upon the determined MTMA; causing the advertisement to be communicated to the WCD; and*

9

The Mitsubishi system is designed to improve driver proficiency through an accelerometer-based activity detection framework. This system collects and analyzes driver motion data to support skill development and promote safer driving behaviors. Additionally, Mitsubishi leverages the collected data to deliver driver-centric advertisements, aligning safety improvements with targeted engagement strategies that reinforce responsible driving habits among users.

> *wherein the determining the MTMA comprises: storing a plurality of reference MTMA signatures in the memory, each of the MTMA signatures including frequency and/or time information associated with sensor data pertaining to a specific MTMA;*

The Mitsubishi system stores reference data comprising accelerometer and/or gyroscope measurements, organized by frequency and time parameters, to accurately identify specific motion activities. These activities include vehicle driving states, hard braking, collisions, angular impacts, rollover conditions, spin-induced yaw, and impacts occurring while the vehicle is stationary—each derived from the analysis of device-generated acceleration and movement patterns.

> *determining a normalizing mathematical relationship so that different data sets separated in time can be analyzed in the 3D coordinate system; using the normalizing mathematical relationship, determining normalized data sets; analyzing the normalized data sets in the frequency and time domains;*

Raw accelerometer data includes gravitational acceleration, which must be normalized—by removing or accounting for the gravitational component—to ensure accurate measurement along the $x$, $y$, and $z$ axes. Gravity may also be used as a reference to establish the vertical ($z$ axis) orientation within the three-dimensional coordinate system. Once vertical and horizontal axes are identified ($z$-axis for vertical, $x$ and $y$ axes for horizontal), the live data is normalized into structured data sets. This normalization enables accurate separation and analysis of vertical and horizontal accelerations across frequency and time domains.

Claim 1 concludes:

> *determining likelihoods associated with the stored MTMA signatures based at least in part upon the analyzing; and selecting a most likely MTMA signature from the plurality of MTMA signatures based at least in part upon the likelihoods.*

Based on multiple live data sets and the degree of correlation to stored reference motion activity data, the system determines the specific motion activity by applying predefined thresholds and ranges within the frequency and time domains.  This method enables efficient and reliable classification of motion events, ensuring accurate detection and assessment of vehicle behavior.

**20.**

Claim 2 of the '846 Patent, for example, recites:

> *2. The method of claim 1, wherein the advertisement is communicated to the WCD via an email or text message.*

Mitsubishi's servers and backend systems monitor driver behavior and utilize advertisement notifications and reward-based messaging to engage users.  Participants are automatically enrolled to receive in-app messages, text message alerts, and/or summary emails based on their driving performance and activity data.

**21.**

Claim 3 of the '846 Patent, for example, recites:

> *3. The method of claim 1, further comprising determining an identification (ID) of the MT and wherein the selecting the advertisement is further based at least in part upon the determined ID in addition to the determined MTMA.*

Mitsubishi's servers and backend systems monitor driver behavior and receive advertisement content promoting driving scores, point-based incentives, and user standings.  This enables the system to deliver targeted in-app messages to users based on updated advertisement content and individual driving performance metrics.

**22.**

Claim 4 of the '846 Patent, for example, recites:

> 4. The method of claim 1, further comprising determining a location of the WCD and wherein the selecting the advertisement is further based at least in part upon the location in addition to the determined MTMA.

Mitsubishi's servers and systems monitor driver behavior and determine the locations where driving violations occur, as well as where routes begin and end. Notifications and user interface updates are generated to display route data, location-specific violations, and updated driver scores. This information is transmitted to both the mobile application used by the driver and the backend servers for tracking and analysis.

**23.**

Claim 5 of the '846 Patent, for example, recites:

> 5. The method of claim 1, further comprising receiving a payment for or otherwise monetarily benefiting from causing the advertisement to be communicated.

Mitsubishi's servers and systems monitor driver behavior and promote driver scores and achievement-based awards to ranked drivers. This system is designed to encourage improved driving habits by providing feedback, rankings, and incentives based on individual performance metrics.

**24.**

Claim 6 of the '846 Patent, for example, recites:

> 6. The method of claim 1, wherein the causing comprises enabling an advertiser to communicate the advertisement to the WCD by advising a remote computer system associated with the advertiser of the MTMA.

Mitsubishi's servers and systems monitor driver behavior and utilize detected risky driving patterns to trigger the delivery of predefined advertisements. These advertisements are managed

by a remote computer system, which may be reconfigured periodically to update targeting parameters and messaging content based on current behavioral data.

**25.**

Claim 7 of the '846 Patent, for example, recites:

> *7. The method of claim 1, further comprising enabling a user of the WCD to enable and disable the causing of the advertisement.*

Mitsubishi's telematics system enables users to receive notifications and messages delivered to their mobile devices and registered email addresses. Users are also provided with options to opt out or disable these communications through configurable system settings.

**26.**

Claim 8 of the '846 Patent, for example, recites:

> *8. The method of claim 1, wherein the sensor data is derived from an accelerometer, a gyroscope, or both.*

Mitsubishi's servers and systems monitor driver behavior by processing sensor data collected from the vehicle's integrated accelerometers and/or gyroscopes. This data enables the detection and analysis of motion patterns associated with various driving behaviors.

**27.**

Claim 9 of the '846 Patent, for example, recites:

> *9. The method of claim 1, wherein the steps are performed in the WCD itself or in one or more communicatively coupled computer systems that are remote from the WCD and that receive the sensor data from the WCD.*

Mitsubishi's servers and systems monitor driver behavior using data from internal vehicle sensors and also leverage backend server processing to enhance the accuracy of smartphone-derived data. For example, driver scores are calculated based, at least in part, on sensor data from the smartphone—such as accelerometer and gyroscope readings—that are used to detect violations, including unsafe driving behaviors, hard braking, and unnecessary acceleration.

**28.**

Claim 10 of the '846 Patent, for example, recites:

> *10. The method of claim 1, wherein the WCD is communicatively coupled to a remote computer system and wherein the memory is associated with the remote computer system.*

Mitsubishi's servers and systems monitor driver behavior by utilizing sensor data from user devices and executing decision-making processes on remote servers. These remote computations operate independently of the user's local device, enabling centralized analysis and system-driven responses to detected driving behaviors.

**29.**

Independent Claim 12 of the '846 Patent, shown in italics, recites:

> *12. A wireless communication device (WCD) transported by a mobile thing (MT), comprising: one or more transceivers designed to enable access to a remote computer system, the remote computer system designed to select a targeted advertisement and enable the advertisement to be communicated or accessed by the WCD;*

Mitsubishi's TCU leverages advanced technology to monitor accelerometer and other sensor data, delivering precise insights into driver behavior. It analyzes acceleration along the $x$, $y$, and $z$ axes through wireless communication devices equipped with tri-axis accelerometers, enabling accurate detection and tracking of vehicle driving states, safety-related motion events, and overall driving patterns.

> *one or more sensors associated with the WCD designed to produce sensor data, the sensor data indicative of physical movement of the WCD in three dimensional space and including data sets comprising three movement values and a time value, each of the three movement values indicative of physical movement of the WCD relative to a respective axis in a three dimensional (3D) coordinate system at the time value in order to permit statistical analysis of the physical movement;*

Mitsubishi's TCU monitors driver behavior using accelerometers and/or gyroscopes with three or more axes to track movement within three dimensional space. These sensors capture data

representative of driver actions, such as hard braking and related motion activities. The accelerometer and gyroscope data are timestamped and analyzed over defined time intervals to enable statistical evaluation and accurate determination of motion patterns and driving behaviors.

> *one or more memories designed to store computer program code; and one or more processors designed to execute the computer program code, the computer program code comprising: code designed to determine mobile thing motion activity (MTMA) of the MT that is transporting the WCD based at least in part upon the sensor data and the statistical analysis of the physical movement of the WCD;*

Mitsubishi's TCU utilizes memory to store program code and one or more processors to execute that code. The application logic determines motion activity—used to assess, at least in part, behaviors such as user driving patterns and aggressive driving—by analyzing sensor data in combination with statistical analysis of movement across defined time intervals.

> *code designed to communicate the sensor data or a mobile thing motion activity (MTMA) of the MT that is transporting the WCD and that is derived from the sensor data via the one or more transceivers to the remote computer system in order to enable selection of the targeted advertisement that is suited for the determined MTMA; code designed to receive and locally communicate the advertisement to a user interface of the WCD; and*

Mitsubishi's TCU and associated systems are designed to improve driver proficiency through an accelerometer-based activity detection framework. The system collects motion and behavioral data to support the enhancement of driving skills and promote safer driving practices. Additionally, Mitsubishi leverages this data to deliver driver-centric advertisements, which serve to reinforce positive driving habits and provide a strategic benefit by encouraging safer behavior among users.

> *wherein the code designed to determine the MTMA comprises: code designed to store a plurality of reference MTMA signatures in the memory, each of the MTMA signatures including frequency and/or time information associated with sensor data pertaining to a specific MTMA; code designed to determine a normalizing mathematical relationship so that different data sets separated in time can be analyzed in the 3D coordinate system;*

Mitsubishi's TCU and associated systems code normalizes the live data into sets of data that may be measured in the frequency and time domains and allows the live 3D (three or more axes from the accelerometer and/or gyroscope) data to be compared to the reference data. Code is used to determine time separations so the raw data so it may be analyzed in a 3D coordinate system.

> *code designed to, using the normalizing mathematical relationship, determine normalized data sets; code designed to analyze the normalized data sets in the frequency and time domains;*

Mitsubishi's TCU and associated systems utilize code that normalizes live sensor data into structured sets measurable within both frequency and time domains. This process enables real-time three-dimensional data—captured from integrated accelerometers and gyroscopes—to be accurately compared against reference data. The code also identifies time separations within the raw data stream, supporting comprehensive motion analysis within a 3D coordinate system. The normalized data is subsequently processed using mathematical models and relationships to ensure consistent and precise interpretation across a range of driving scenarios.

> *code designed to determine likelihoods associated with the stored MTMA signatures based at least in part upon the analyzing; and code designed to select a most likely MTMA signature from the plurality of MTMA signatures based at least in part upon the likelihoods.*

Mitsubishi's TCU uses code designed to align time-based data and analyze normalized data sets within both the frequency and time domains. The code evaluates the likelihood of correspondence between the live data and stored Motion and Timebased Motion Activity (MTMA) signatures . Based on this analysis, the system selects the most probable MTMA signature from a plurality of reference signatures using the calculated likelihood values.

### 30.

Claim 13 of the '846 Patent, for example, recites:

> *13. The WCD of claim 12, wherein the program code further comprises code to determine an identification (ID) associated with the MT and*

> *wherein the code to select the advertisement makes the selection based at least in part upon the determined ID of the user.*

Mitsubishi's TCU utilizes program code to match time-aligned data and analyze normalized data sets across both frequency and time domains. The code calculates likelihood values associated with stored Motion and Time-based Motion Activity (MTMA) signatures and selects the most probable MTMA signature from a plurality of reference data sets. Additionally, the program code includes functionality to determine an identification (ID) associated with the selected MTMA. The selection and delivery of targeted advertisements are based, at least in part, on the determined user ID linked to the MTMA classification.

**31.**

Claim 14 of the '846 Patent, for example, recites:

> *14. The WCD of claim 12, wherein the program code further comprises code to determine a location of the WCD and wherein the code to select the advertisement makes the selection based at least in part upon the location.*

Mitsubishi's servers and systems monitor driver behavior and determine the user's location via data received from the device. The program code includes functionality to deliver location-based advertisements to the user. Specifically, advertisements may be triggered when the user engages in unsafe driving behavior, completes a driving activity (such as reaching the end of a route), or initiates a new route. The selection and delivery of these advertisements are based, at least in part, on the user's determined geographic location.

**32.**

Claim 15 of the '846 Patent, for example, recites:

> *15. The WCD of claim 12, wherein the sensor data is derived from an accelerometer, a gyroscope, or both.*

Mitsubishi's TCU determines instances of vehicle driving states, including hard braking, rapid acceleration, and other motion events, using sensor data derived from a tri-axis accelerometer, a gyroscope, or a combination of both.

**33.**

Claim 16 of the '846 Patent, for example, recites:

> *16. The system of claim 12, wherein the computer program code further comprises: code to determine a mathematical relationship between different data sets to enable analysis of the different data sets in the 3D coordinate system; and code to determine the MTMA based at least in part upon the analysis of the different data sets in the 3D coordinate system.*

Mitsubishi's TCU monitors driver behavior by calculating mathematical relationships between reference $x$, $y$, and $z$ axis data and incoming sensor data from the accelerometer and/or gyroscope within a three-dimensional coordinate system.  To accurately confirm and log specific motion activities, the system requires multiple matching data sets corresponding to a given activity sustained over a defined time period.

**COUNT II**

**DIRECT INFRINGEMENT OF THE '558 PATENT**

**34.**

Plaintiff incorporates by reference the allegations of Paragraphs 1-16.

**35.**

Defendant has directly infringed and continues to directly infringe at least one or more claims of the '558 Patent, through, among other activities, making, using, and incorporating into Defendants' factory-installed TCU system automatic programs for monitoring human activities while driving.

**36.**

Independent Claim 1 of the '558 Patent, shown in italics, recites:

18

> *1. A method, comprising: receiving a time value and at least three streams of data sample values from one or more sensors of a wireless communication device (WCD) that is transported by a mobile thing (MT), each data sample value indicative of movement of the WCD at a corresponding time value;*

Mitsubishi's system uses a factory-installed telematics architecture featuring an embedded Telematics Control Unit (TCU), integrated with the vehicle's electronics and cloud-connected via Aeris Communications. The TCU detects, analyzes, and transmits real-time motion and driver behavior data. Vehicles such as the Outlander (2018+), Eclipse Cross (2018+), Mirage (2020+), and Outlander PHEV include tri-axis accelerometers and gyroscopes that identify driving states, hard braking, accidents, angular or rollover impacts, spin-related yaw, and impacts while parked. The system assesses impact severity and can automatically engage emergency services when thresholds are exceeded.

> *recognizing a particular set of data sample values as a reference for defining an orientation of the WCD in a coordinate system;*

Mitsubishi's embedded Telematics Control Unit (TCU) system collects continuous accelerometer sample data from integrated tri-axis sensors. These data samples are structured into defined data objects containing detailed acceleration measurements, including gravitational acceleration (approximately 9.81 m/s²). Gravitational components are algorithmically processed to resolve directional orientation and to refine calculations related to motion events and axis-specific forces. The TCU performs autonomous calibration by detecting gravitational vectors to establish baseline vertical and horizontal orientation. This calibration enables precise alignment of sensor axes relative to the vehicle's movement, supporting accurate event classification across both dynamic driving conditions and stationary states.

> *computing reference data based upon the recognition of the particular set, the reference data defining a relationship between each set of subsequent non-reference data sample values and the particular reference set of data sample values in the coordinate system;*

Mitsubishi's embedded Telematics Control Unit (TCU) relies on continuous data sampling from onboard accelerometers. The accelerometer transmits motion updates to a dedicated event-handling system, which interprets the data and initiates appropriate processing actions. Each data update includes raw or corrected acceleration values, with or without gravitational acceleration (approximately 9.81 m/s²), depending on the processing mode. The system distinguishes reference frames based on the presence or absence of gravitational acceleration within the sensor readings. This differentiation is critical for accurately interpreting motion events and isolating directional forces. Accurate, high-frequency accelerometer data is essential for downstream applications— such as behavior scoring modules—to classify driver behavior with precision. Real-time access to calibrated motion data enhances event recognition and overall telematics system performance.

> *calculating movement data in the coordinate system of one or more other non-reference data sample values based upon the reference data; and*

Mitsubishi's embedded Telematics Control Unit (TCU) continuously monitors vehicle dynamics by calculating real-time acceleration values across the *x*, *y*, and *z* axes using integrated accelerometer data. These calculations are executed within short, defined time intervals to generate dynamic data blocks, which serve as analytical inputs for assessing driver behavior and vehicle movement. The resulting data enables high-resolution insight into driver performance and driving event classification.

> *determining a mobile thing motion activity (MTMA) associated with the MT based upon the movement data.*

Mitsubishi's embedded Telematics Control Unit (TCU) identifies and classifies events such as hard braking, rapid acceleration, and sharp cornering by analyzing real-time accelerometer and gyroscopic data. These events are used to generate feedback regarding unsafe driving behaviors, supporting driver awareness and promoting enhanced road safety through behavioral insights.

**37.**

Claim 13 of the '558 Patent, for example, recites:

> *13. The method of claim 1, wherein one or more of the steps of the method is implemented in the WCD, in a computer system that is remote to the WCD, or in a combination of both.*

Mitsubishi's embedded Telematics Control Unit (TCU) is designed to enhance driver safety and enable comprehensive analysis of driving behavior through the use of integrated vehicle sensors and cloud-connected infrastructure. This TCU—integrated with the vehicle's electronic system—communicates via a cloud-based architecture provided by Aeris Communications. It is configured to detect, analyze, and transmit motion-related vehicle data and driver behavior analytics in real time. Specific operations for detecting and evaluating driver behaviors may be executed by onboard vehicle systems, remote computing environments such as cloud platforms or external servers, or through a combination of both. This distributed architecture ensures continuous, high-resolution monitoring and analysis of driver performance, enabling dynamic safety enhancements across operational scenarios.

**38.**

Independent Claim 17 of the '558 Patent, shown in italics, recites:

> *17. A method, comprising: receiving first and second data from one or more sensors associated with a wireless communication device (WCD) transported by a mobile thing (MT), the first and second data indicative of movement of the WCD;*

Mitsubishi's embedded Telematics Control Unit (TCU) is an integrated in-vehicle system engineered to improve driver safety and enable high-resolution analysis of driving behavior. Utilizing tri-axis accelerometers and gyroscopes embedded within the vehicle's electronic architecture, the TCU continuously monitors and records motion-related events such as hard braking, rapid acceleration, and other critical driving maneuvers. By detecting and analyzing these

real-time events, the TCU provides actionable insights into driving patterns, facilitating behavior-based feedback and supporting safety optimization.  Beyond aiding individual drivers in refining their driving habits, the system also contributes to broader road safety initiatives by promoting responsible, data-driven driving practices across connected vehicle networks.

Claim 17 continues:

> *determining reference data that defines a reference framework from the first data;*

Mitsubishi TCU collect a wide range of accelerometer data sample values from devices.  These updates are delivered in a structured data-object format, which contains detailed information about the device's accelerations, including gravity ($g \approx 9.81$ m/s²).  This first data determines at least the gravity's influences, so one or more subsequent data comparisons are void of non-device movements.

> *normalizing the second data with the reference data so that the second data can be analyzed in the reference framework; and*

Mitsubishi TCU ensures accurate comparisons by creating reference data that neutralized the influences of gravity.  This crucial step enables precise data analysis and evaluation of device movement data only.

> *identifying a mobile thing motion activity (MTMA) associated with the MT based upon the normalized second data.*

Mitsubishi TCU compares the reference data that omits gravity ($g \approx 9.81$ m/s²) data.  The accelerometer data in The Mitsubishi 's computer can accurately determine driving behaviors such as hard braking, fast accelerations and others.

**39.**

Claim 25 of the '558 Patent, for example, recites:

*25. The method of claim 17, wherein one or more of the steps of the method is implemented in the WCD, in a computer system that is remote to the WCD, or in a combination of both.*

Mitsubishi's embedded Telematics Control Unit (TCU) is designed to enhance driver safety and enable comprehensive analysis of driving behavior through the use of integrated vehicle sensors and cloud-connected infrastructure. This TCU—integrated with the vehicle's electronic system—communicates via a cloud-based architecture provided by Aeris Communications. It is configured to detect, analyze, and transmit motion-related vehicle data and driver behavior analytics in real time. Specific operations for detecting and evaluating driver behaviors may be executed by onboard vehicle systems, remote computing environments such as cloud platforms or external servers, or through a combination of both. This distributed architecture ensures continuous, high-resolution monitoring and analysis of driver performance, enabling dynamic safety enhancements across operational scenarios.

**40.**

Independent Claim 27 of the '558 Patent, shown in italics, recites:

*27. A method for implementation in a wireless communication device (WCD) that is designed to detect a plurality of mobile thing motion activities (MTMAs) associated with a mobile thing (MT), comprising:*

Mitsubishi's TCU, designed to detect motion activities (MTMAs) comprising: detecting, via tri-axis accelerometers and gyroscopes embedded within the TCU, a plurality of motion activities including, but not limited to, driving states, hard braking, collisions, angular impacts, rollover events, spin-induced yaw patterns, and impacts occurring while the vehicle is stationary. This method is implemented in vehicles such as the Mitsubishi Outlander (2018+), Eclipse Cross (2018+), Mirage (2020+), and Outlander PHEV, wherein the TCU is fully integrated with the vehicle's electronic systems and wireless communication modules to support continuous monitoring and behavior-driven event management.

> *receiving a plurality of data sample values from one or more sensors of the WCD that is transported by the MT, the data sample values indicative of movement of the WCD;*

Mitsubishi TCU utilizes data from three-axis accelerometers and/or three-axis gyroscopes to accurately identify driving events such as hard braking, unnecessary acceleration, and others. This advanced technology continuously monitors the movement of the vehicle via the accelerometer and other sensors.

> *computing reference data, the reference data defining a relationship between data sample values and a reference framework to enable comparison of data sample values; calculating movement data based upon the reference data and the data sample values; and*

Mitsubishi TCU collects a wide range of accelerometer data sample values. These updates are delivered in a structured data-object format, which contains detailed information about the device's accelerations, including gravity (g ≈ 9.81 m/s²).

> *determining an MTMA associated with the MT based upon the movement data.*

Mitsubishi TCU monitors accelerometer and other sensor data for determining driver behaviors from the movement data.

### 41.

Independent Claim 42 of the '558 Patent, shown in italics, recites:

> *42. A system, comprising: one or more memories designed to store computer program code; one or more processors designed to execute the computer program code; and wherein the computer program code comprises:*

Mitsubishi's embedded Telematics Control Unit (TCU) is an integrated in-vehicle system designed to enhance driver safety and support high-resolution analysis of driving behavior. Using tri-axis accelerometers and gyroscopes, along with processors and memories designed to store computer program code, the TCU continuously monitors and records motion events such as but not limited

to, driving states, hard braking, collisions, angular impacts, rollover events, spin-induced yaw patterns, and impacts occurring while the vehicle is stationary, and other key maneuvers. By detecting and analyzing these events in real time, the system generates actionable insights into driving patterns, enabling behavior-based feedback and supporting safety optimization. In addition to helping drivers refine their habits, the TCU contributes to broader road safety by promoting responsible, data-driven behavior across connected vehicle networks.

> *code to receive first and second data from one or more sensors associated with a wireless communication device (WCD) transported by a mobile thing (MT), the first and second data indicative of movement of the WCD;*

Mitsubishi's TCU utilizes programmed code to accurately measure vehicle motion by analyzing sensor data and identifying gravitational influences that affect accelerometer axis readings. The system collects data samples from the $x$, $y$, and $z$ axes of integrated accelerometers and gyroscopes. Using predefined time intervals, the code evaluates at least first and second sets of motion data. The first data set includes gravitational effects, while the system distinguishes between static influences such as gravity and actual movement or device realignment in the second data set, enabling precise motion detection and interpretation.

> *code to determine reference data that defines a reference framework from the first data;*

Mitsubishi's TCU uses code to define a frequency, time duration, data block, and/or grouped data structure for acquiring the first set of sensor data.

> *code to normalize the second data with the reference data so that the second data can be analyzed in the reference framework; and*

Mitsubishi's TCU uses code to normalize the second data set to the reference data, enabling analysis of the second data within the same reference framework.

> *code to identify a mobile thing motion activity (MTMA) associated with the MT based upon the normalized second data.*

Mitsubishi's TCU uses code to identify motion activity—such as driving, hard braking, and unnecessary acceleration—by comparing the normalized second data set against reference data.

**42.**

Claim 50 of the '558 Patent, for example, recites:

> *50. The system of claim 42, wherein the system is implemented in the WCD, in a computer system that is remote to the WCD, or in a combination of both.*

Mitsubishi's embedded Telematics Control Unit (TCU) is designed to enhance driver safety and enable comprehensive analysis of driving behavior through the use of integrated vehicle sensors and cloud-connected infrastructure. This TCU—integrated with the vehicle's electronic system—communicates via a cloud-based architecture provided by Aeris Communications. It is configured to detect, analyze, and transmit motion-related vehicle data and driver behavior analytics in real time. Specific operations for detecting and evaluating driver behaviors may be executed by onboard vehicle systems, remote computing environments such as cloud platforms or external servers, or through a combination of both. This distributed architecture ensures continuous, high-resolution monitoring and analysis of driver performance, enabling dynamic safety enhancements across operational scenarios.

**43.**

Independent Claim 52 of the '558 Patent, shown in italics, recites:

> *52. A system for implementation in a wireless communication device (WCD) that is designed to detect a plurality of mobile thing motion activities (MTMAs) associated with a mobile thing (MT), comprising: one or more memories designed to store computer program code; one or more processors designed to execute the computer program code; and wherein the computer program code comprises:*

Mitsubishi's TCU is configured to detect mobile thing motion activities (MTMAs), comprising:

detecting, via integrated tri-axis accelerometers and gyroscopes, a range of motion events

including, but not limited to, vehicle driving states, hard braking, collisions, angular impacts, rollover conditions, spin-induced yaw, and impacts occurring while the vehicle is stationary. This system is implemented in production vehicles such as the Mitsubishi Outlander (model year 2018 and newer), Eclipse Cross (2018+), Mirage (2020+), and Outlander PHEV, where the TCU is embedded within the vehicle's electronic architecture and wireless communication systems to enable continuous motion monitoring and behavior-responsive event detection.

Claim 52 continues:

> *code to receive a plurality of data sample values from one or more sensors of the WCD that is transported by the MT, the data sample values indicative of movement of the WCD;*

Mitsubishi's TCU uses code to monitor driver behavior by receiving continuous updates from onboard sensors. The incoming data—derived from the accelerometer—is representative of the device's motion and is used to interpret vehicle movement patterns and driver actions.

> *code to compute reference data, the reference data defining a relationship between data sample values and a reference framework to enable comparison of data sample values;*

Mitsubishi's TCU uses code to compute reference data for determining states such as when the vehicle is actively driving or has come to a stop. The system processes accelerometer and gyroscope axis data against reference data within defined time intervals, frequency parameters, and/or data group sizes to enable accurate motion state classification.

> *code to calculate movement data based upon the reference data and the data sample values; and*

Mitsubishi's TCU uses code to update motion data across defined time intervals and compare it against stored reference data. The system also monitors accelerometer input to detect motion and, in response, initiate power-up sequences or activate relevant subsystems when movement is identified.

> *code to determine an MTMA associated with the MT based upon the movement data.*

Mitsubishi's TCU uses code to analyze sensor input and determine specific driver behavior movements.

## COUNT III

## DIRECT INFRINGEMENT OF THE '951 PATENT

### 44.

Plaintiff incorporates by reference the allegations of Paragraphs 1-16.

### 45.

Defendant has directly infringed and continues to directly infringe at least one or more claims of the '951 Patent, through, among other activities, making, using, and incorporating into Defendant's TCU system automatic programs for monitoring human activities while driving.

### 46.

Independent Claim 1 of the '951 Patent, shown in italics, recites:

> *1. A wireless communications device (WCD), comprising: one or more memories that store computer program code; and one or more processors that execute the computer program code, the computer program code comprising:*

Mitsubishi's TCU interfaces with smartphone-based computing systems that incorporate GPS and a tri-axis accelerometer for motion detection. These systems include one or more memories configured to store computer program code and one or more processors configured to execute that code. The program logic enables the device to interpret its movement, activities, and, in some cases, environmental context using $x$, $y$, and $z$ axis data within a three-dimensional coordinate system.

> *instructions to enter a first mode of operation involving a first investigation process with one or more sensors, the first investigation process capturing first data with the one or more sensors;*

Mitsubishi's TCU utilizes advanced logic algorithms to monitor vehicular motion and determine specific operational modes, including vehicle driving, driving states, hard braking, and accidents. Upon initial movement detection, the system initiates immediate data monitoring and begins establishing a comprehensive baseline analysis.   During active driving states, the TCU continuously evaluates real-time data related to driving patterns, acceleration intensities, and frequency of motion events to support accurate behavioral classification.

> *instructions to determine whether or not the first data is indicative of an activity relating to a user need for assistance, an accident, or a crime; and*

The Mitsubishi TCU's are equipped with advanced sensor monitoring that's designed to identify when a user needs assistance for aggressive driving behaviors.  These behaviors including vehicle driving, driving states, hard braking, and accidents which are detected when the measured acceleration exceeds predefined acceptable thresholds.

> *instructions to, when the first data may involve the activity, enter into a second mode of operation involving a second investigation process that is different than the first investigation process and that involves the one or more sensors and/or one or more other sensors in order to capture second data that is further indicative of the activity.*

When the Mitsubishi TCU detects data indicative of unsafe driving behavior, it triggers a secondary process to capture the relevant event and associated contextual information.  This data is then transmitted to designated systems or platforms for further analysis, notification, or intervention.

**47.**

Claim 8 of the '951 Patent, for example, recites:

> *8. The system of claim 1, wherein the computer program code further comprises: instructions to compare the first data and/or the second data with reference data; and instructions to detect an event in an environment associated with the WCD based upon the comparison.*

Mitsubishi's TCU enhances the accuracy of driver behavior detection by analyzing multiple accelerometer samples over short time intervals.  The system compares these samples against reference data that filters out gravitational influences and other non-movement factors, enabling the extraction of refined accelerometer axis data.  This filtered data is then used in subsequent comparison steps to improve motion classification and behavioral assessment.

**48.**

Claim 9 of the '951 Patent, for example, recites:

> *9. The system of claim 8, wherein the comparison is in the time domain, frequency domain, or both.*

Mitsubishi's TCU increases the accuracy of driver behavior detection by monitoring multiple accelerometer samples over short time intervals.  The system utilizes reference data to filter out gravitational and other non-motion influences, isolating clean accelerometer axis data.  These purified data samples are then used in comparative analysis steps to ensure reliable identification of driver-related motion activities.

**49.**

Independent Claim 10 of the '951 Patent, shown in italics, recites:

> *10. A wireless communications device (WCD), comprising: one or more memories that store computer program code; and one or more processors that execute the computer program code, the computer program code comprising:*

Mitsubishi's TCU incorporates smartphone-based components that include GPS functionality and a tri-axis accelerometer for motion detection.  These devices operate using program code stored in one or more memories and executed by one or more processors, enabling the interpretation of motion data and location information for driving behavior analysis.

> *instructions to produce data from one or more sensors associated with the WCD; instructions to determine a human body physical activity (HBPA) associated with a WCD user based upon the data;*

Mitsubishi's TCU incorporates program code configured to detect driving, driving instances, such as hard braking, accidents and types of accidents using accelerometer data.  The system executes instructions to analyze input from one or more sensors associated with the wireless communication device (WCD).  Additionally, the program code includes logic for determining driving behaviors associated with the WCD user based on the processed sensor data.

> *instructions to select a mode of operation from a set of modes, based upon the determined HBPA, the set including different modes of operation involving initiation of different investigation processes that capture different types of data; and*

Mitsubishi's TCU is equipped with intelligent operational modes designed to identify aggressive driving behaviors, including vehicle driving states, hard braking, collisions, angular impacts, rollover conditions, spin-induced yaw, and impacts occurring while the vehicle is stationary.  The system includes program instructions for selecting an operational mode from a predefined set based on the detected driving behavior.  Each mode triggers a dedicated investigative process configured to capture and analyze acceleration data that exceeds defined thresholds, enabling targeted evaluation of specific motion events.

> *instructions to communicate the data to a remote computer system.*

Mitsubishi's TCU communicates surveillance information—such as detected unsafe driving behaviors—to remote servers for event logging and the initiation of additional actions, including alerts, notifications, or escalation protocols.

## COUNT IV

## DIRECT INFRINGEMENT OF THE '914 PATENT

### 50.

Plaintiff incorporates by reference the allegations of Paragraphs 1-16.

**51.**

Defendant has directly infringed and continues to directly infringe at least one or more claims of the '914 Patent, through, among other activities, making, using, and incorporating into Defendants' factory-installed TCU system automatic programs for monitoring human activities while driving.

**52.**

Independent Claim 5 of the '914 Patent, shown in italics, recites:

> *5. A system comprising: at least one computing device; and at least one application executable in the at least one computing device, the application comprising:*

Mitsubishi's TCU utilizes a 3-axis accelerometer for motion detection, enabling the system to interpret movement and orientation within a three-dimensional coordinate framework using $x$, $y$, and $z$ axis data. This accelerometer data is essential for analyzing driving behavior and classifying events. It allows the system to detect and identify vehicle driving states, hard braking, collisions, angular impacts, rollover conditions, spin-induced yaw, and impacts occurring while the vehicle is stationary.

> *logic that determines a user activity and/or user surroundings;*

Mitsubishi's TCU utilizes logic-based monitoring techniques to assess the range and likelihood of motion-related events by analyzing frequency patterns and acceleration spikes. This enables the system to identify and confirm user movements with greater accuracy by verifying activity signatures and environmental context.

> *logic that determines a surveillance mode that corresponds to the user activity and/or the user surroundings;*

Mitsubishi's TCU monitors for specific vehicle movements, such as rapid deceleration and acceleration, along predefined axes of the accelerometers. As the vehicle operates, embedded

algorithms continuously evaluate driver behavior using real-time data from onboard sensors. These sensors function in a surveillance mode, capturing detailed information related to vehicle driving states, hard braking, angular impacts, and other classified motion activities to support accurate behavioral analysis.

> *logic that facilitates a user-defined response to the user activity and/or the user surroundings; and*

Mitsubishi's TCU is designed to enhance vehicular safety by detecting classified motion events such as hard braking, collisions, and other critical vehicle driving states. Upon detecting such events, the system may prompt the user to initiate an SOS alert or, alternatively, allow the user to disable notifications to preconfigured monitoring centers or designated personal contacts.

> *logic that communicates surveillance information to at least one remotely located computer device.*

Mitsubishi's TCU communicates surveillance data related to driving violations to connected applications and authorized third parties. This information is used for collection, logging, driver score calculation, and generating targeted messages or feedback directed to the driver.

**53.**

Independent Claim 15 of the '914 Patent, shown in italics, recites:

> *15. A method comprising the steps of: determining, by a computing device, a user activity and/or user surroundings;*

Mitsubishi's TCU utilizes advanced tri-axis accelerometers for precise motion detection and behavioral analysis. These sensors measure movement and orientation across the $x$, $y$, and $z$ axes within a three-dimensional coordinate system, enabling the system to capture detailed and continuous data related to driver behavior and vehicle dynamics.

> *determining, by the computing device, a surveillance mode that corresponds to the user activity and/or the user surroundings;*

Mitsubishi's TCU monitors for specific impact events, such as rapid deceleration, along predefined accelerometer axes.  As the vehicle is operated, onboard algorithms continuously evaluate the driver's actions using real-time data from integrated vehicle sensors.  Operating in a surveillance mode, the system monitors detailed behavioral patterns to detect and log unsafe driving events, including those associated with vehicle driving states and abnormal motion activity.

> *facilitating, by the computing device, a user-defined response to the user activity and/or the user surroundings; and*

Mitsubishi's TCU is designed to enhance vehicular safety by detecting classified motion events such as hard braking, collisions, and other critical vehicle driving states.  Upon detecting such events, the system may prompt the user to initiate an SOS alert or, alternatively, allow the user to disable notifications to preconfigured monitoring centers or designated personal contacts.

> *communicating, by the computing device, surveillance information to at least one remotely located computer device.*

Mitsubishi's TCU is equipped to transmit critical surveillance data related to driving violations to designated family members and authorized third parties.  By communicating real-time information to backend systems and servers, the TCU enables timely notifications to be relayed back to the driver, allowing for immediate awareness and corrective action in response to unsafe driving behaviors.

## COUNT V

## DIRECT INFRINGEMENT OF THE '273 PATENT

### 54.

Plaintiff incorporates by reference the allegations of Paragraphs 1-16.

### 55.

Defendant has directly infringed and continues to directly infringe at least one or more claims of the '273 Patent, through, among other activities, making, using, and incorporating into

34

Defendants' factory-installed TCU system automatic programs for monitoring human activities while driving.

**56.**

Independent Claim 22 of the '273 Patent, shown in italics, recites:

> *22. A method, comprising: receiving a time value and three streams of data sample values from an accelerometer of a wireless communication device (WCD) that is transported by a mobile thing (MT), each data sample value indicative of an acceleration of the WCD along an axis of a three dimensional (3D) coordinate system at a corresponding time value;*

Mitsubishi's TCU utilizes a 3-axis accelerometer to detect motion and classify driver behavior. While integrated directly within the vehicle, the system may interface with external applications—such as those running on smartphones—that apply advanced computing techniques to process sensor data. Leveraging cellular networks and GPS, these applications enable real-time tracking of vehicle location and speed, while accelerometers measure three-dimensional movement. This combined framework supports the detection and classification of vehicle driving states, hard braking, collisions, angular impacts, rollover conditions, spin-induced yaw, and impacts occurring while the vehicle is stationary.

Claim 22 continues:

> *computing reference data, the reference data defining a relationship between data sample values and a reference framework to enable comparison of 3D sets of data sample values;*

Mitsubishi's TCU uses reference data derived from accelerometer inputs along the $x$, $y$, and $z$ axes to accurately identify vehicle movement patterns. This reference data is constructed to detect and eliminate non-movement influences, such as gravitational acceleration that does not originate from actual vehicle motion. The system processes this data over defined time intervals to classify events including vehicle driving states, hard braking, collisions, angular impacts, rollover conditions,

spin-induced yaw, and impacts occurring while the vehicle is stationary—validating the detected motion activity for application-level use.

>*calculating movement data for each set based upon the reference data; and*

Mitsubishi's TCU calculates movement data by analyzing classifications, object models, and/or raw accelerometer inputs in real time. These classifications and objects incorporate thresholds based on time intervals, peak values, signal ranges, frequencies, and/or average acceleration measurements to interpret and validate motion events.

>*determining a moving thing motion activity (MTMA) associated with the MT based upon the movement data.*

Mitsubishi's TCU identifies motion activity by normalizing real-time sensor data against stored reference data across defined time intervals. This comparison enables confirmation of genuine activity changes while filtering out random false positives, including transient anomalies such as sub-second fluctuations occurring within a ~1 second window.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief that the Court enter judgment in their favor and against the Defendants, granting the following relief:

That the Court enter judgment that one or more claims of the '846 Patent have been infringed either literally and/or under the doctrine of equivalents, by Defendants;

That the Court enter judgment that one or more claims of the '558 Patent have been infringed either literally and/or under the doctrine of equivalents, by Defendants;

That the Court enter judgment that one or more claims of the '951 Patent have been infringed either literally and/or under the doctrine of equivalents, by Defendants;

That the Court enter judgment that one or more claims of the '914 Patent have been infringed either literally and/or under the doctrine of equivalents, by Defendants;

That the Court enter judgment that one or more claims of the '273 Patent have been infringed either literally and/or under the doctrine of equivalents, by Defendants;

That Defendants be ordered to pay damages adequate to compensate Plaintiff for its acts of infringement, pursuant to 35 U.S.C. § 284;

That Plaintiff be awarded increased damages under 35 U.S.C. § 284 due to Defendants' willful infringement of the '846, '558, '951, '914, and '273 Patents;

That the Court find that this case is exceptional and award Plaintiff reasonable attorneys' fees pursuant to 35 U.S.C. § 285;

That Defendants, their officers, agents, employees, and those acting in privity with them, be preliminarily enjoined from further infringement, contributory infringement, and/or inducing infringement of the patents-in-suit, pursuant to 35 U.S.C. § 283;

That Defendants, their officers, agents, employees, and those acting in privity with them, be permanently enjoined from further infringement, contributory infringement, and/or inducing infringement of the patents-in-suit, pursuant to 35 U.S.C. § 283;

That Defendants be ordered to pay prejudgment and post-judgment interest;

That Defendants be ordered to pay all costs associated with this action; and

That Plaintiff be granted such other and additional relief as the Court deems just, equitable, and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff demands a jury trial on all issues justiciable by a jury.

Respectfully Submitted,

Dated: October 15, 2025                    /s/ Brett Thomas Cooke_____

Brett Thomas Cooke
State Bar No. 24055343
brett@eurekaiplaw.com

**Eureka Intellectual Property Law, PLLC**
20507 Tamarron Drive
Humble, TX 77346
Telephone: (832) 287-7039

*Attorney for Plaintiff*